UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.  3:05-CR-00111-JBA-1 |
| V.                                                    ) | 3:05-CR-00153-JBA-1 |
| ) | |
| HAKAN YALINCAK                         ) | |

### MOTION OF DEFENDANT HAKAN YALINCAK TO CREDIT DEFENDANTS WITH FUNDS RECOVERED IN BANKRUPTCY PROCEEDINGS

The defendant, Hakan Yalincak, in the above-numbered matters move this Court to order that any and all funds recovered in the bankruptcy proceedings *In Re*: Daedalus Capital Relative Value Fund I, LLC, Debtor, United States Bankruptcy Court for the Southern District of New York, Chapter 7 Case No. 05-13790 (PCB), be credited to the restitution order in the amount of $4,182,000.00, of which defendant is jointly and severally liable with Ayfer Yalincak for $2,250,000.00, entered by this Court, Arterton, J., on April 16, 2007.  In particular, the defendant moves that the amount of $1,050,907.38 recovered in the said proceedings in accordance with a Stipulated Order Regarding Turnover Of Funds (a copy of which is attached hereto) and as ordered by the Court, Prudence Carter Beatty, J. on April 19, 2007, be credited to this Court's said restitution order.

                                              Respectfully submitted
                                              By his attorney,

                                              /s/ Bernard Grossberg
                                              _____

                                              Bernard Grossberg
                                              99 Summer Street
                                              Suite 1800
                                              Boston, MA  02110
                                              (617) 737-8558
                                              phv0759