UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NOS.   3:05-CR-00111-JBA-1 |
| V.                                                    ) | 3:05-CR-00153-JBA-1 |
| ) | |
| HAKAN YALINCAK                        ) | |
| ) | |

## MOTION OF DEFENDANT HAKAN YALINCAK TO CREDIT DEFENDANTS WITH ADDITIONAL FUNDS RECOVERED IN BANKRUPTCY PROCEEDINGS

The defendant, Hakan Yalincak, in the above-entitled matters moves this Court to order that any and all funds recovered in the bankruptcy proceedings, In Re: Daedalus Capital Relative Value Fund I, LLC, Debtor, United States Bankruptcy Court for the Southern District of New York, Chapter 7 Case No. 05-13790 (PCB), be credited to the restitution order in the amount of $4,182,000.00, of which defendant Hakan Yalincak is jointly and severally liable with Ayfer Yalincak for $2,250,000.00, entered by this Court, Arterton, J., on April 16, 2007.

In particular, the defendant moves that the amount of $90,000.00 recovered by investors F.M. and R.D. in Meyer, et. al. v. J.P. Morgan Chase, et. al., Case No. 05-CH-8308, Agran, J., be credited towards this Court's said restitution order.  The said recovery is now entirely a part of the investors' estate. [1]/

---

[1]    On April 24, 2007, the Motion Of Defendant Hakan Yalincak To Credit Defendants With Funds Recovered In Bankruptcy Proceedings, (Doc. #147), was filed with this Court, in regard to the turn over of the NYU gift in the amount of $1,050,907.38.  In its response thereto, the government specifically stated that, "The government does not object to the defendant's motion".  (Doc. #156)  To date, the Court has not ruled on the defendant's previous motion despite the government's response and counsel's letters to the Court dated July 11, 2007, September 20, 2007 and October 18, 2007.  The defendant desires clarification of his and his co-defendants' restitution status.  The Bankruptcy Trustee has commenced approximately fourteen (14) adversary proceedings and the defendant anticipates that this procedure will constitute the principal avenue for restitution to the investors.

WHEREFORE, the defendants respectfully move this Court to credit each of them in accordance with this Court's restitution order dated April 16, 2007, with the above-referenced recovered funds n the amount of $90,000.00, as to investors F.M. and R.D., as well as, with the NYU turn over of funds in the amount of $1,050,907.38 as to the defendant and co-defendant Ayfer Yalincak's joint and severable restitution order.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
_____

Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
Fax: (617) 737-8223
E-Mail: bgrossberg@grossberglaw.com
phv0759

CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing document to be served this 2nd day of November, 2007 upon Assistant United States Attorney Calvin Kurimai, Esq. Office of the United States Attorney, 157 Church Street, New Haven, Connecticut, 06510 by electronically filing same to all registered users.

/s/ Bernard Grossberg
_____
Bernard Grossberg