UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) CR. NOS. | 3:05-CR-00111-JBA-1 |
| V. | ) ) | 3:05-CR-00153-JBA-1 |
| HAKAN YALINCAK | ) ) ) |  |

**MOTION OF DEFENDANT HAKAN YALINCAK TO
CREDIT DEFENDANTS WITH ADDITIONAL FUNDS
RECOVERED IN BANKRUPTCY PROCEEDINGS**

The defendant, Hakan Yalincak, in the above-entitled matters moves this Court to order that any and all additional funds recovered in the bankruptcy proceedings, *In Re*: Daedalus Capital Relative Value Fund I, LLC, Debtor, United States Bankruptcy Court for the Southern District of New York, Chapter 7 Case No. 05-13790 (PCB), be credited to the restitution order in the amount of $4,182,000.00, of which defendant Hakan Yalincak is jointly and severally liable with Ayfer Yalincak for $2,250,000.00, entered by this Court, Arterton, J., on April 16, 2007. **1**/

In particular, the defendant moves that the amount of **$375,000.00** in Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. 600 Hines Lexington Avenue, LLC and Preston Tsao, Adversary Case No. 07-01738 (PCB), Beatty, J.; the amount of **$32,501.31** in Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. American Express Co., Adversary Case No. 07-01739 (PCB), Beatty, J., the amount of

---

[1] Previously on April 24, 2007 and November 2, 2007, the defendant moved that he be credited with other funds recovered in the banktrupcy case, specifically, $1,050,907.38 and $90,000.00 (Doc. 147 and 159), and the government filed a response thereto stating that it did not object to the defendant's motions (Doc. 156). Subsequently, on December 26, 2007, this Court, Arterton, J., allowed the defendant's motions (Doc. 160), and as a result, defendant Hakan Yalincak has outstanding restitution due of $3,041,092.62 and defendant Ayfer Yalincak has outstanding restitution due of $1,109,092.62.

1

**$105,893.33** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. Bear Stearns & Co., Inc.</u>, Adversary Case No. 07-01740 (PCB), Beatty, J.; the amount of **$56,710.00** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. Tiffany & Company</u>, Adversary Case No. 07-01742 (PCB), Beatty, J.; the amount of **$139,660.30** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. Mass Mutual Life Insurance Company</u>, Adversary Case No. 07-01743 (PCB), Beatty, J.; the amount of **$77,000.00** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. 229 Upper Shad Road, LLC</u>, Adversary Case No. 07-01744 (PCB), Beatty, J.; the amount of **$68,612.55** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. New County Porsche</u>, Adversary Case No. 07-01745 (PCB), Beatty, J.; the amount of **$77,865.00** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. Martin Lucas, & Chioffi, LLP</u>, Adversary Case No. 07-01747 (PCB), Beatty, J.; the amount of **$175,000.00** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. Sherman, Richichi, & Hickey, LLC</u>, Adversary Case No. 07-01940 (PCB), Beatty, J.; the amount of **$15,000.00** in <u>Yann Geron Trustee of Daedalus Capital Relative Value Fund I, LLC v. Pacific Business Forums</u>, Adversary Case No. 07-01741 (PCB), Beatty, J. [2]/, which have been recovered in the said bankruptcy proceedings and which amount to **$1,123,242.49**, be credited to the Court's restitution order.

---

[2]   In addition, developments in the bankruptcy proceedings indicate that, the investors' estate will begin paying dividends (See Bankruptcy Case Doc. 65-67). Although these credits more than address defendant Ayfer Yalincak's restitution, the Banktruptcy Trustee has pursued approximately five other avoidance preference claims, concerning additional legal fees, among other parties, by Barack Ferrazzano Kirschbaum Perlman & Nagelbert, LLP, and Ferber Chan Essner & Coller, LLP (See Banktruptcy Case Doc. 51, 57).

In response to the defendant's prior motions to be credited with funds recovered in the said bankruptcy proceedings, the government stated that it did not object to the defendants' receiving credit towards the restitution order for such recovered funds (Doc. 156).  The defendant will continue to notify the Financial Litigation Unit of the United States Attorney's Office of any and all future recoveries in the bankruptcy proceedings.

WHEREFORE, the defendant, Hakan Yalincak respectfully moves that this Court order that he and Ayfer Yalincak, each be credited with the above-referenced recovered funds in the amount of $1,123,242.49, to the restitution order entered by this Court on April 16, 2007 and that the defendant notify the Financial Litigation Unit of the United States Attorney's Office of future recoveries in the said pending bankruptcy proceedings.

        Respectfully submitted
        By his attorney,

        /s/ Bernard Grossberg
        _____
        Bernard Grossberg
        99 Summer Street
        Suite 1800
        Boston, MA  02110
        (617) 737-8558
        Fax: (617) 737-8223
        E-Mail: bgrossberg@grossberglaw.com
        phv0759

## CERTIFICATE OF SERVICE

I certify that on March 6, 2008, a copy of the foregoing was filed electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice Of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

        /s/ Bernard Grossberg
        _____
        Bernard Grossberg