UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America,<br>  *Plaintiff*,<br><br>  v.<br><br>Hakan Yalincak,<br>  *Defendant*. | Civil No. 3:05cr111 (JBA)<br>     3:05cr152 (JBA) |

## ENDORSEMENT ORDER STAYING WRIT EXECUTION AND SETTING BRIEFING SCHEDULE

In order to hear defendant's objection to the Writ of Execution issued Ex-Parte on March 26, 2008, and the Government's response thereto, the Writ of Execution will be stayed for thirty days from entry of this order, and all parties are enjoined from any disruption to the current status of funds subject to the Writ by transfer, hypothecation, withdrawal, dissipation or otherwise until further Order of the Court.

Defendant is directed to serve his motion to quash or vacate forthwith, and the Government is directed to file its response by April 24, 2008. Any reply by defendant will be filed May 1, 2008.

The Clerk is directed to unseal defendant's Ex-Parte Motion [Doc. #171].

IT IS SO ORDERED.

            /s/
          Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: April 14 , 2008**